NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PURECIRCLE USA INC., PURECIRCLE SDN BHD,**
*Plaintiffs-Appellants*

**v.**

**SWEEGEN, INC., PHYTO TECH CORP., dba Blue California,**
*Defendants-Appellees*

---

2023-1009

---

Appeal from the United States District Court for the Central District of California in No. 8:18-cv-01679-JVS-JDE, Judge James V. Selna.

---

**ON MOTION**

---

## O R D E R

The parties submit a joint stipulation to dismiss this appeal with prejudice pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, which the court construes as a joint motion to dismiss.

The court generally does not specify whether a dismissal of an appeal is with prejudice.

2                                       PURECIRCLE USA INC. v. SWEEGEN, INC.

     Upon consideration thereof,

     IT IS ORDERED THAT:

     (1)  The stay is lifted.

     (2)  The motion is granted to the extent that the appeal is dismissed.

     (3)  Each side shall bear its own costs.

FOR THE COURT

February 28, 2024
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE:  February 28, 2024